| | |
|---|---|
| Douglas J. Pick | Settlement Date: January 10, 2025 |
| Eric C. Zabicki | Time:     12:00 p.m. |

**PICK & ZABICKI LLP**
Counsel to Metropolitan New York Synod
of the Evangelical Lutheran Church in America
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:
CITADEL OF PRAISE & WORSHIP, INC.,                    Chapter 11
                                                      Case No. 24-40218 (NHL)
                        Debtor.
-------------------------------------------------------x

### NOTICE OF SETTLEMENT OF PROPOSED ORDER VACATING THE AUTOMATIC STAY AS REAL PROPERTY OWNED BY THE DEBTOR

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Eric C. Zabicki, dated January 2, 2025, and the exhibit annexed thereto, Metropolitan New York Synod of the Evangelical Lutheran Church in America, by and through its undersigned counsel, will present the annexed proposed *Order Vacating the Automatic Stay as to Real Property Owned by the Debtor* (the "Proposed Order") to the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on January 10, 2025 at 12:00 p.m., for settlement and signature.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the entry of the Proposed Order must be in writing and be both filed with the Clerk of this Court (instructions for electronic filing can be found at http://www.nyeb.uscourts.gov/electronic-case-filing-and-pacer) and served on Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017 by no later than January 9, 2025 at 12:00 p.m.  Unless a written objection is received on or before such time, the Proposed Order may be entered as submitted without further notice.