UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:
CITADEL OF PRAISE & WORSHIP, INC.,        Chapter 11
                                           Case No. 24-40218 (NHL)
                    Debtor.
---------------------------------------------------------x

## ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY OWNED BY THE DEBTOR

Upon the declaration of Eric C. Zabicki, dated January 2, 2025, confirming that no "Qualified Bids" for the real property owned by debtor Citadel of Praise & Worship, Inc. (the "Debtor") located at 105-107 Barbey Street, Brooklyn, New York (the "Property") were received in accordance with the *Order Authorizing and Approving Auction Sale for the Real Property Known as and Located at 105-107 Barbey Street, Brooklyn, New York 11207, Free and Clear of All Monetary Liens, Claims and Encumbrances, With Such Monetary Liens, Claims and Encumbrances to Attach to the Proceeds of Sale; and Approving the Bidding Procedures for the Property* entered in this case on November 8, 2024 (ECF No. 68) (the "Sale Procedures Order") (ECF No. 68); and good and sufficient notice with respect to the relief granted hereunder having been given in accordance with the Sale Procedures Order; and it appearing that no other or further notice need be given; and upon all the pleadings and proceedings had in this case; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the automatic stay arising in this case under 11 U.S.C. §362(a) is hereby vacated pursuant to 11 U.S.C. §362(d)(1) as to the interests of Metropolitan New York Synod of the Evangelical Lutheran Church in America ("Synod") in the Property, to permit Synod to purse and/or enforce its rights in and remedies in and to the Property, whether at law or equity, including, without limitation, the continuation of that certain mortgage foreclosure action entitled *Metropolitan New York Synod of the Evangelical Lutheran Church in America v. The Citadel of*

*Praise & Worship, Inc. and Kevin Bond, as trustee* (Sup. Ct., Qns. Cty. - Index No. 502471/2019) through the completion of a foreclosure sale of the Property; and it is further

**ORDERED** that the fourteen (14) day stay period provided under Fed. R. Bankr. P. 4001(c)(3) is hereby waived and this Order shall be effective immediately upon its entry.