

March 28, 2025

***Via ECF***

Judge Nancy H. Lord
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East- Suite 1595
Brooklyn, NY 11201

**Re:** ***CITADEL OF PRAISE & WORSHIP INC.***
**Chapter 11**
**Case No. 24-40218-nhl**

---

Dear Judge Lord.

This office represents the Debtor, Citadel of Praise & Worship Inc.

This letter confirms that the Status Conference, currently scheduled for Tuesday April 1, 2025 at 10:30 a.m., has been adjourned on consent to May 6, 2025, at 10:30 a.m..

The debtor acknowledges that it owes $506.04 in U.S. Trustee fees, and the operating reports for the last three months have not been filed.

We thank you for your consideration in this matter.

Respectfully Submitted,

Robert M. Sasloff